UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY,
SOUTHERN DIVISION, LONDON

| | | |
|---|---|---|
| COACH, INC. and COACH SERVICES, INC., | : | CIVIL ACTION NO:  6:11-CV-79 GFVT |
| | : | |
| Plaintiffs, | : | |
| V. | : | JUDGE GREGORY VAN TATENHOVE |
| | : | |
| SEARS GLASS SHOP LLC, et. al. | : | |
| | : | |
| Defendants. | : | |

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS SEARS GLASS SHOP, LLC AND CATHERINE PRICE

Now come Plaintiffs, Coach, Inc. and Coach Services, Inc., and Defendants Sears Glass Shop, LLC and Catherine Price, by and through their undersigned counsel, and hereby notifies the Court, counsel and parties that the within litigation and the respective claims, are dismissed, with prejudice, and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

**SUTTER, O'CONNELL**

/s/ Matthew C. O'Connell

_____
Matthew C. O'Connell (0029043)
3600 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
Office: (216) 928-2200
Fax:    (216) 928-4400
moconnell@sutter-law.com
*Attorney for Plaintiffs Coach, Inc. and Coach Services Inc.*

/s/ Scott W. Brinkman (Per Telephone Consent on 6/4/12)

_____
Scott W. Brinkman
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY  40202-2874
Ph:  502-560-4244
Fx:  502-627-8744
scott.brinkman@skofirm.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of June, 2012, a copy of the foregoing **Stipulated Notice of Voluntary Dismissal With Prejudice** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/  Matthew C. O'Connell
_____
Matthew C. O'Connell (0029043)
**Attorney for Plaintiffs Coach, Inc. and Coach Services Inc.**

2