UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| COACH, INC., and<br>COACH SERVICES, INC., | )<br>)<br>) | Civil No. 11-79-GFVT |
| Plaintiffs, | )<br>) | |
| V. | )<br>) | **ORDER** |
| SEARS GLASS SHOP, LLC,<br>CATHERINE PRICE, and<br>JOHN DOES. | )<br>)<br>)<br>) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the parties Joint Stipulation of Dismissal [R. 9]. Pursuant to Rule 41(a)(1)(ii), all the parties who appeared in this action agree to a Stipulation of Dismissal. The Stipulation dismisses all Plaintiffs' claims with prejudice.

In light of the above, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED** pursuant to the details included in the Stipulation of Dismissal [R.9]; and

2. This action is **STRICKEN** from the active docket.

This 13th day of July, 2012.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge

1